10-4005-cv
Jiggetts v. AlliedBarton Security Services

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of May, two thousand eleven.

PRESENT:

> ROGER J. MINER,
> JOSÉ A. CABRANES,
> CHESTER J. STRAUB,
>     *Circuit Judges.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KYLE JIGGETTS,

>     *Plaintiff-Appellant*,

v.                                                                    No. 10-4005-cv

ALLIEDBARTON SECURITY SERVICES and NEW YORK CITY
DEPARTMENT OF TRANSPORTATION,

>     *Defendants-Appellees.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**FOR APPELLANT:**          Kyle Jiggetts, *pro se*, Bronx, NY.

1

**FOR APPELLEES:** Matthew D. Crawford, Martenson, Hasbrouck & Simon LLP, Atlanta, GA, *for appellee* AlliedBarton Security Services.

Larry A. Sonnenshein, Assistant Corporation Counsel (Michael A. Cardozo, Corporation Counsel, *on the brief*), City of New York, New York, NY, *for appellee* New York City Department of Transportation.

Appeal from a September 15, 2010 judgment entered in the United States District Court for the Southern District of New York (Jed S. Rakoff, *Judge*, Ronald L. Ellis, *Magistrate Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be **AFFIRMED**.

Plaintiff-appellant Kyle Jiggetts, *pro se*, appeals from a judgment adopting the Magistrate Judge's order denying Jiggetts's motion to compel discovery and granting summary judgment to defendants, AlliedBarton Security Services and New York City Department of Transportation, and dismissing Jiggetts's discrimination, retaliation, and breach of contract claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and the Americans with Disabilities Act of 1990, 29 U.S.C. §§ 12112 *et seq.* ("ADA"). We assume the parties' familiarity with the facts, proceedings below, and specification of issues on appeal.

We review *de novo* a district court's grant of summary judgment, drawing all factual inferences in favor of the non-moving party. *Paneccasio v. Unisource Worldwide, Inc.*, 532 F.3d 101, 107 (2d Cir. 2008). "Summary judgment is appropriate only 'if the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law.'" *Sousa v. Roque*, 578 F.3d 164 , 169 (2d Cir. 2009) (quoting Fed. R. Civ. P. 56). Discovery rulings are reviewed for abuse of discretion. *See In re "Agent Orange" Prod. Liab. Litig.*, 517 F.3d 76, 102 (2d Cir. 2008); *see generally Sims v. Blot*, 534 F.3d 117, 132 (2d Cir. 2008) ("A district court has abuse[d] its discretion if it based its ruling on an erroneous view of the law or on a clearly erroneous assessment of the evidence, or rendered a decision that cannot be located within the range of permissible decisions." (quotation marks and citations omitted)).

Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the judgment of the District Court for substantially the reasons stated by the Magistrate Judge in his thorough and well-reasoned report and recommendation, which the District Court adopted *in toto*. Further, Jiggetts's challenge to the order of the Magistrate Judge denying Jiggetts's motion to compel discovery fails; because the motion was premature, the Magistrate Judge did not abuse his discretion in denying the motion.

**CONCLUSION**

We have considered Jiggetts's other arguments on appeal and find them to be without merit. For the foregoing reasons, the judgment of the District Court is hereby **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court